ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 12:13 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00088-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 12:13:51 PM
CHRISTOPHER A. PRINE
Clerk

## In re ASTRAZENECA PHARMACEUTICALS LP, Relator.

Original Proceeding from the 71st District Court
Harrison County, Texas, Trial Court Cause No. 22-0426,
Honorable Brad Morin, Presiding

## RELATOR'S NOTICE OF DESIGNATION AND SUBSTITUTION OF LEAD COUNSEL

SCOTT DOUGLASS & MCCONNICO LLP
  Stephen E. McConnico
  State Bar No. 13450300
  smcconico@scottdoug.com
  Kennon L. Wooten
  State Bar No. 24046624
  kwooten@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
(512) 495-6399 (Fax)

GILLAM & SMITH LLP
  Melissa R. Smith
  State Bar No. 24001351
  melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 (Fax)

MORGAN, LEWIS & BOCKIUS LLP
  Heidi Rasmussen
  State Bar No. 24090345
  heidi.rasmussen@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
(713) 890-5001 (Fax)

LEHOTSKY KELLER COHN LLP
  Scott A. Keller
  State Bar No. 24062822
  scott@lkcfirm.com
  Andrew B. Davis
  State Bar No. 24082898
  Joshua P. Morrow
  State Bar No. 24106345
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
(512) 727-4755 (Fax)

*Counsel for AstraZeneca Pharmaceuticals LP*

Relator AstraZeneca Pharmaceuticals LP ("AstraZeneca") designates and substitutes Scott A. Keller as its lead counsel in this original proceeding.

1. AstraZeneca is the relator in this original proceeding. The respondent is the Honorable Brad Morin, Judge of the 71st District Court, Harrison County, Texas. The real parties in interest are: SCEF, LLC; Lynne Levin-Guzman; and the State of Texas.

2. AstraZeneca's former lead counsel, William R. Peterson, no longer practices with the law firm of Morgan, Lewis & Bockius LLP.

3. AstraZeneca filed a motion to withdraw Mr. Peterson as lead counsel in this original proceeding on July 31, 2025.

4. The Texas Rules of Appellate Procedure provide that "a new lead counsel may be designated by filing a notice." Tex. R. App. P. 6.1(c).

5. AstraZeneca designates and substitutes the following attorney as its new lead counsel in this original proceeding:

> Scott A. Keller
> 408 W. 11th Street, 5th Floor
> Austin, TX 78701
> (512) 693-8350 (Tel.)
> (512) 727-4755 (Fax)
> scott@lkcfirm.com
> State Bar No. 24062822

6. The Texas Rules of Appellate Procedure provide that "[i]f a new lead counsel is being designated, both the new attorney and either the party or the former

1

lead counsel must sign the notice." Tex. R. App. P. 6.1(c). This Notice is signed by "the new lead counsel" (Scott A. Keller) and "the party" (AstraZeneca). *Id.*

7.      For these reasons, AstraZeneca asks the Court to instruct the clerk to change the record to reflect that Scott A. Keller is lead counsel for relator AstraZeneca Pharmaceuticals LP in this original proceeding.

| | |
|---|---|
| */s/ Scott A. Keller* | */s/ Kevin Jayne* |
| Scott A. Keller | Kevin Jayne |
| | |
| *Lead counsel for relator* | *Senior Counsel for relator* |
| *AstraZeneca Pharmaceuticals LP* | *AstraZeneca Pharmaceuticals LP* |

2

Dated:  July 31, 2025

SCOTT DOUGLASS & MCCONNICO LLP
   Stephen E. McConnico
   State Bar No. 13450300
   smcconico@scottdoug.com
   Kennon L. Wooten
   State Bar No. 24046624
   kwooten@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
(512) 495-6399 (Fax)

GILLAM & SMITH LLP
   Melissa R. Smith
   State Bar No. 24001351
   melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 (Fax)

MORGAN, LEWIS & BOCKIUS LLP
   Heidi Rasmussen
   State Bar No. 24090345
   heidi.rasmussen@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
(713) 890-5001 (Fax)

Respectfully submitted,

LEHOTSKY KELLER COHN LLP

*/s/ Scott A. Keller*
   Scott A. Keller
   State Bar No. 24062822
   scott@lkcfirm.com
   Andrew B. Davis
   State Bar No. 24082898
   Joshua P. Morrow
   State Bar No. 24106345
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
(512) 727-4755 (Fax)

***Counsel for Relator***

**CERTIFICATE OF SERVICE**

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that on July 31, 2025, the foregoing Notice was filed with the Clerk of the Court using the eFileTexas.gov electronic filing system, which will send notification to the email addresses denoted on the Service Contacts List. I also certify that a copy of the foregoing Notice was mailed to Respondent by certified mail, return receipt requested, to 200 West Houston St., Suite 219, Marshall, Texas 75670.

/s/ Scott A. Keller
Scott A. Keller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Morrow on behalf of Joshua Morrow
Bar No. 24106345
josh@lkcfirm.com
Envelope ID: 103818607
Filing Code Description: Other Document
Filing Description: Notice of Designation and Substitution of Lead Counsel
Status as of 7/31/2025 12:25 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 7/31/2025 12:13:51 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 7/31/2025 12:13:51 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 7/31/2025 12:13:51 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 7/31/2025 12:13:51 PM | SENT |
| William Peterson | 24065901 | willpete@gmail.com | 7/31/2025 12:13:51 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 7/31/2025 12:13:51 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 7/31/2025 12:13:51 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 7/31/2025 12:13:51 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 7/31/2025 12:13:51 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 7/31/2025 12:13:51 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 7/31/2025 12:13:51 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 7/31/2025 12:13:51 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 7/31/2025 12:13:51 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 7/31/2025 12:13:51 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 7/31/2025 12:13:51 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/31/2025 12:13:51 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Morrow on behalf of Joshua Morrow
Bar No. 24106345
josh@lkcfirm.com
Envelope ID: 103818607
Filing Code Description: Other Document
Filing Description: Notice of Designation and Substitution of Lead Counsel
Status as of 7/31/2025 12:25 PM CST

Case Contacts

| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/31/2025 12:13:51 PM | SENT |
|---|---|---|---|---|
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 7/31/2025 12:13:51 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| joel leach | | jleach@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| Angel Devine | | adevine@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 7/31/2025 12:13:51 PM | ERROR |
| Cynthia  Lu | | cynthia.lu@oag.texas.gov | 7/31/2025 12:13:51 PM | ERROR |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 7/31/2025 12:13:51 PM | SENT |
| Ryan  McCarthy | | ryan.mccarthy@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |
| Bradie Williams | | bradie.williams@morganlewis.com | 7/31/2025 12:13:51 PM | SENT |